**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-1530**

_____

GTC SERVICES, LLC,

            Plaintiff – Appellant,

      v.

REGION Q WORKFORCE INVESTMENT CONSORTIUM; MID-EAST COMMISSION,

            Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville. James C. Dever III, Chief District Judge. (4:13-cv-00161-D)

_____

Submitted: June 23, 2016                  Decided: June 28, 2016

_____

Before MOTZ, KING, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

John M. Kirby, LAW OFFICES OF JOHN M. KIRBY, Raleigh, North Carolina, for Appellant. Bradley O. Wood, WOMBLE CARLYLE SANDRIDGE & RICE, PLLC, Winston-Salem, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

GTC Services, LLC (GTC), appeals from the district court's order granting summary judgment to Defendants on GTC's civil action alleging a violation of procedural due process rights and tortious interference with a contract when the Region Q Workforce Investment Consortium Board chose not to award a future contract to GTC to provide youth workforce development services.  Finding no error, we affirm.

We review a district court's decision to grant summary judgment de novo.  Jacobs v. N.C. Admin. Office of the Courts, 780 F.3d 562, 565 n.1 (4th Cir. 2015).  "A district court 'shall grant summary judgment if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law.'"  Id. at 568 (quoting Fed. R. Civ. P. 56(a)).  In determining whether a genuine dispute as to any material fact exists, we "view the facts and all justifiable inferences arising therefrom in the light most favorable to . . . the nonmoving party."  Id. at 565 n.1 (citation and quotation marks omitted).  However, "[c]onclusory or speculative allegations do not suffice, nor does a mere scintilla of evidence in support of [the nonmoving party's] case."  Thompson v. Potomac Elec. Power Co., 312 F.3d 645, 649 (4th Cir. 2002) (citation and quotation marks omitted).

2

We have carefully reviewed the briefs, the joint appendix, and the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  GTC Servs., LLC v. Region Q Workforce Inv. Consortium, No. 4:13-cv-00161-D (E.D.N.C. Apr. 14, 2015).  We deny the Appellees' motion to dismiss for failure to prosecute.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED